IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

JAMES O. BIRGE, JR.
REG. #03903-025                                                                                                PETITIONER

VS.                                           2:05CV00259 JLH/JTR

LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas                                                                             RESPONDENT

**ORDER**

Petitioner, who is currently incarcerated at the Federal Correctional Institute located in Forrest City, Arkansas, filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. (Docket entry #1). The Court notes that Petitioner has neither paid the $5.00 filing fee nor filed an Application to Proceed *In Forma Pauperis*.

If Petitioner wishes to proceed with this action, he must either: (1) pay the $5.00 filing fee in full;[1] or (2) file a properly completed Application to Proceed *In Forma Pauperis* along with a Prisoner Trust Fund Calculation Sheet.[2] Petitioner is hereby advised that the failure to timely and properly comply with this Order could result in the dismissal of this habeas action, without prejudice, pursuant to Local Rule 5.5(c)(2).[3]

---

[1] Any payment Petitioner sends to the Court must clearly indicate that it is for payment of the filing fee in "*Birge v. Sanders*; 2:05CV00259 JLH/JTR."

[2] The Prisoner Trust Fund Calculation Sheet must be prepared and signed by an authorized officer at the incarcerating facility.

[3] Local Rule 5.5(c)(2) provides that: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party

IT IS THEREFORE ORDERED THAT:

1.  The Clerk is directed to send Petitioner an Application to Proceed *In Forma Pauperis*, along with a Prisoner Trust Fund Calculation Sheet (civil form AO240).

2.  If Petitioner wishes to continue with this action, he must, **on or before November 23, 2005**, either: (1) pay the $5 filing fee in full; or (2) file a properly completed Application to Proceed *In Forma Pauperis,* along with a Prisoner Trust Fund Calculation Sheet.

Dated this 26th day of October, 2005.

*[signature: J. Thomas Ray]*
UNITED STATES MAGISTRATE JUDGE

---

appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. *If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.* Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure." (Emphasis added.)