IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

JAMES O. BIRGE, JR.
REG. #03903-025                                                                          PETITIONER

VS.                                    2:05CV00259 JTR

LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas                                                              RESPONDENT

## JUDGMENT

Pursuant to the Memorandum Order filed in this matter, IT IS CONSIDERED, ORDERED, AND ADJUDGED that this habeas action is DISMISSED, WITH PREJUDICE.

Dated this 6th day of July, 2006.

_____
UNITED STATES MAGISTRATE JUDGE